620

425 A.2d 847

Commonwealth v. Tyrrell, Appellant.

Submitted September 15, 1978.   Brian S. Quinn, for appellant;   Frank T. Hazel, Jr., District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

425 A.2d 847

Commonwealth ex rel. Pierce v. Pierce, Appellant.

Argued March 22, 1979.   Edward D. Foy, Jr., for appellant;   Robert M. Hammond, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.